**Lester C. WAGNER, et al., Appellants,**
v.
**James M. KEMPER et al., Trustees, etc., et al.**
No. 14867.

United States Court of Appeals
Eighth Circuit.

Oct. 7, 1953.

See, also, 13 F.R.D. 128.

Cobbs, Blake, Armstrong, Teasdale & Roos, Bourne Bean, St. Louis, Mo., Stinson, Mag, Thomson, McEvers & Fizzell and Dick H. Woods, Kansas City, Mo., for appellants.

784

Hugh M. Hiller, Charles E. Whittaker and Elton L. Marshall, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court, 112 F. Supp. 334, dismissed, on motion of appellants.